# Third District Court of Appeal
## State of Florida

Opinion filed April 19, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0324
Lower Tribunal No. 19-35002

————————

**Music on Wheels, LLC, etc., et al.,**
Appellants,

vs.

**SHEDDF2-FL5 LLC, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, and Alan Fine, Judges.

Kozyak Tropin & Throckmorton LLP, Dwayne A. Robinson and Mindy Y. Kubs, for appellants.

Agentis PLLC, and Christopher B. Spuches, for appellee.

Before FERNANDEZ, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.